UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

STEVEN W. ALBERT and KIM ALBERT,
as parents and legal guardians of
AIDEN ALBERT, a minor,

      Plaintiffs,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES

      Defendant.
_____/

# C O M P L A I N T

Plaintiffs, STEVEN W. ALBERT and KIM ALBERT, as parents and legal guardians of AIDEN ALBERT, a minor, by and through their undersigned attorney, sue the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES ("CARNIVAL") and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action involving the diversity of citizenship of the parties as more fully described below and for damages in excess of $75,000. Alternatively, this case falls within the admiralty jurisdiction of this Court pursuant to 28 U.S.C. 1333.

2. Pursuant to a forum selection clause in the subject cruise ticket contract, this action must be brought in this Court.

3. Plaintiffs are individuals and residents of Adams County, Illinois.

4. The Defendant, CARNIVAL CORPORATION, is a foreign corporation doing business in Florida under the registered fictitious name of CARNIVAL CRUISE LINES

which conducts business and maintains its principal place of business in Miami-Dade County, Florida and was doing business as a common carrier of passengers by water for hire at all material times hereto.

5. At all times material, the Defendant, CARNIVAL CORPORATION, owned, managed, chartered and/or operated the cruise vessel CARNIVAL ELATION.

6. On or about June 16, 2012, the Plaintiffs, in consideration of the payment of a specified sum of money, boarded the vessel in New Orleans, Louisiana for a five (5) day cruise in the Gulf of Mexico and Caribbean Sea with calls at ports in Mexico.

7. On June 20, 2012, Plaintiff, AIDEN ALBERT, fell from the top bunk/berth of his cabin to the deck of the cabin. Upon information and belief, the bunk/berth aboard the vessel was poorly maintained and unsafe, which caused Plaintiff to fall down to the floor of the cabin. As a result of the unsafe bunk/berth and fall, AIDEN ALBERT sustained severe and permanent injuries including, but not limited to a severe scar to his face.

## COUNT I
## Negligence against CARNIVAL

The Plaintiffs adopts and re-alleges the allegations in paragraphs 1 through 7 and alleges further that:

8. At all times material hereto, the Defendant CARNIVAL owed a duty to the Plaintiffs to exercise reasonable care under the circumstances for the Plaintiffs' safety.

9. The Defendant breached its duty of care to the Plaintiffs and was negligent by failing to keep its bunk/berth provided for passenger use in a reasonably safe condition and by failing to warn the Plaintiffs and fellow passengers of the dangerous, and hazardous about which it knew or should have known.

10. As a direct and proximate result of the Defendant's aforesaid negligence, the Plaintiff, AIDEN ALBERT, has suffered, and continues to suffer, bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

## **_TRIAL BY JURY_**

11. Plaintiffs demand a trial by jury on all issues.

WHEREFORE, the Plaintiffs, STEVEN W. ALBERT and KIM ALBERT, as parents and legal guardians of AIDEN ALBERT, a minor, demand judgment against the Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, in an amount in excess of $75,000.00 in to be determined at trial by a jury, together with interest and costs and other relief deemed just and appropriate by this Honorable Court.

Dated: June 19, 2011
Miami, Florida

Respectfully submitted,

By: **/S/Stephen Field**
Stephen D. Field, ESQ.
Florida Bar No. 5541111
STEPHEN D. FIELD, P.A.
102 East 49th Street
Hialeah, Florida 33013
Telephone:   (305) 698-3421
Facsimile:    (305) 698-1930
e-mail:        steve@field-law.com
_Counsel for Plaintiff_